IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JAMES LAPINSKI,

        Appellant,

v.                                                                                  Case No.  5D15-3281

STEVEN GUARDIANO, DAYTONA
BEACH SHORES, ET AL.,

        Appellees.

_____/

Opinion filed June 7, 2016

Appeal from the Circuit Court
for Volusia County,
William A. Parsons, Judge.

James Lapinski, Port Orange, pro se.

Steven J. Guardiano, Daytona Beach, for
Appellees, St. Croix Condominium, Inc.
and Steven J. Guardiano.

Lonnie N. Groot, of Stenstrom, McIntosh,
Colbert & Whigham, P.A, Lake Mary, for
Appellee, City of Daytona Beach Shores.

Jamie E. Seaman, DeLand, for Appellee,
County of Volusia.

Robert Alden Swift, of Cole, Scott &
Kissane, P.A., Orlando, for Appellees, St.
Croix Condominium, Inc., BRI
Management, Inc., Sandi Dembinsky,
Jennifer Campen, Gary Chandler, Jerry
Azeff, John Wender Jr., Joe Bandy, and
Harry King.

PER CURIAM.

AFFIRMED. <u>See</u> Fla. R. App. P. 9.315(a).

EVANDER, COHEN, and BERGER, J.J., concur.